# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JAQUELINE MASSEY**, as administrator of the estate of **CAMERON MASSEY**,     Plaintiff, <br><br> v. <br><br> **RALPH CONNER**, et al.     Defendants. | Case No. 2:15-cv-739-RAH-SMD <br><br> JURY TRIAL DEMANDED |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Plaintiff, Jaqueline Massey, files this Notice Concerning Settlement Conference and Mediation.

On April 16, 2021, the parties held a face-to-face settlement conference at which counsel engaged in good faith negotiations. Settlement was not reached. At this time, the parties do not feel that mediation with the Magistrate Judge will assist in resolving the case but will review the possibility of mediation following briefing on summary judgment.

Respectfully submitted this 26th day of April 2021,

                                         s/MARIO WILLIAMS
                                         Mario Williams
                                         Georgia Bar No. 235254

NDH LLC
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303
(404) 254-0442/(404) 935-9391 FAX
mwilliams@ndh-law.com
*Attorney for Plaintiff*

                        s/MARIA-VITTORIA G. CARMINATI
Maria Vittoria G. Carminati
Colorado Bar No. 50579
*Pro Hac Vice*

NDH LLC
4601 DTC Blvd, Suite 300
Denver, CO 80237
(720) 445-5655/(404) 925-9391 FAX
mvcarminati@ndh-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Mario B. Williams, certify that on April 26, 2021, I electronically served this document, via the CM/ECF system which will automatically serve all counsel of record, upon:

James H. Pike
SHEALY, CRUM & PIKE, L.L.C.
P.O. Box 6346
Dothan, Alabama 36302-6346
Attorney for Defendants

s/MARIO WILLIAMS
Mario Williams