# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| **JAQUELINE MASSEY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:15-cv-00739-RAH-SMD** |
| | ) | |
| **RALPH CONNER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendants Ralph Conner and John Phillips move for summary judgment in their favor on all claims and on their qualified immunity, peace officer (state-agent) immunity, and defense of self or other immunity defenses.[1]

/s/ James H. Pike
James H. Pike
Alabama State Bar ASB-5168-P63J
SHEALY, CRUM & PIKE, LLC
P.O. Box 6346
Dothan, Alabama 36302-6346
Tel. (334) 677-3000
Fax (334) 677-0030
Email: jpike@scplaw.us

Attorney for Ralph Conner and John Phillips

---

[1] In the event that the court determines that defense of self or other immunity under Ala. Code § 13A-3-23 must be decided by a pretrial evidentiary hearing rather than by summary judgment, Detective Phillips and Chief Conner also move for a pretrial evidentiary hearing on that defense.

1

**Certificate of Service**

I, James H. Pike, certify that on April 28, 2021, I electronically served this document, via the CM/ECF system, upon:

Mario Williams
WILLIAMS OINONEN, L.L.C.
44 Broad Street, NW, Suite 200
Atlanta, Georgia 30303

Maria-Vittoria Carminati
NDH LLC
4601 DTC Blvd., Suite 300
Denver, CO 80237

**/s/ James H. Pike**
James H. Pike